COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jack Grynberg d/b/a Grynberg Petroleum Company v.
Teledrift Company d/b/a Spidle Turbeco

Appellate case number:    01-13-00512-CV

Trial court case number:   2011-16376

Trial court:               80th District Court of Harris County

The trial court clerk filed the clerk's record for this appeal on July 9, 2013. The court reporter filed the reporter's record on February 18, 2014. Accordingly, we **order** appellant to file appellant's brief within 60 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, will be due within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Further, we carry the issue of whether this Court has jurisdiction over this appeal with the case and **order** the parties to address the issue in their briefs.

It is so ORDERED.


Judge's signature: /s/ Sherry Radack
                ☑ Acting individually    ☐ Acting for the Court

Date: February 27, 2014